**Dismiss and Opinion Filed July 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00338-CR

**KENNETH TYRELL WINSLOW, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 001-85568-2017**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's July 17, 2018 "Motion to Voluntarily Dismiss Appeal."

Appellant and his attorney have signed the motion. We grant the motion. *See* TEX. R. APP. P. 42.2.

We dismiss this appeal.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
180338F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KENNETH TYRELL WINSLOW, Appellant

No. 05-18-00338-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 7, Collin County, Texas
Trial Court Cause No. 001-85568-2017.
Opinion delivered by Chief Justice Wright. Justices Myers and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered July 19, 2018.